1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
ATL CORPORATION,                        )
                                        )   No. C09-1240RSL
                  Plaintiff,            )
     v.                                 )
                                        )   ORDER TO SHOW CAUSE
CITY OF SEATTLE,                        )
                                        )
                  Defendant.            )
_____)

       This matter comes before the Court *sua sponte*. On April 19, 2012, plaintiff filed supplemental briefing that, taken as a whole, exceeds 50 pages in length. (Dkt. # 113). As of this date, a courtesy copy of these documents has not been provided for chambers.

       Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why it should not be sanctioned for failure to comply with Local Rule 10(e)(8), the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 7), the "Minute Order Regarding Setting Trial Date & Related Dates" (Dkt. # 14), the "Second Amended Order Setting Trial Date & Related Dates" (Dkt. # 99), and the "Third Amended Order Setting Trial Date & Related Dates" (Dkt. # 100). Plaintiff shall immediately deliver a paper copy of the response and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

1       Dated this 11th day of March, 2012.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge